UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-475-RJC-DCK

| | |
|---|---|
| F.L. ANDERSON, JR., )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br> FMC CORPORATION, )<br> )<br> Defendant. ) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Joinder of Claims and Motion to Reestablish Deadlines. (Doc. No. 30). In support of his Motion, Plaintiff states that the claims in the present case arise out of the same subject matter as the claims in <u>FMC Corporation v. F.L. Anderson, Jr.</u>, Civil Action Number 3:12-cv-368-Mu. (<u>Id.</u>). The claims in both cases also involve identical parties. (<u>Id.</u>). Defendant consents to Plaintiff's Motion. (<u>Id.</u>). Plaintiff brings his Motion pursuant to Federal Rule of Civil Procedure 18, which provides that "[a] party asserting a claim, counterclaim, crossclaim, or third-party claim may join, as independent or alternative claims, as many claims as it has against an opposing party."

**IT IS, THEREFORE, ORDERED** that, for good cause shown, trial in Civil Action Number 3:10-cv-475 is continued, the above matter is consolidated with Civil Action Number 3:12-cv-368, and transferred to Judge Mullen.

Signed: August 21, 2012

Robert J. Conrad, Jr.
Chief United States District Judge