IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-475-DCK

| | | |
|---|---|---|
| F.L. ANDERSON JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FMC CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, filed a letter report of mediation (Document No. 59) notifying the Court that the parties reached a settlement on May 20, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 21, 2013**.

Signed: May 22, 2013

David C. Keesler
United States Magistrate Judge